JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ARIKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:19-cv-07275-AB-AS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-07275-AB-AS, is dismissed in its entirety as to all defendants, without prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: November 26, 2019

_____
Hon. Andre Birotte, Jr.
United States District Judge